**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**EVAN ANDREW NORRIS** **PETITIONER**

**v.** **CASE NO. 2:25-CV-00245-BSM**

**DOE** **RESPONDENT**

**ORDER**

Magistrate Judge Jerome T. Kearney's recommended disposition [Doc. No. 5] is adopted. Evan Norris's petition for writ of habeas corpus is dismissed without prejudice and the clerk is directed to close his case. No certificate of appealability shall issue. *See* 28 U.S.C. § 2253(c)(2).

IT IS SO ORDERED this 5th day of October, 2026.

UNITED STATES DISTRICT JUDGE