**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**EVAN ANDREW NORRIS** **PETITIONER**

**v.** **CASE NO. 2:25-CV-00245-BSM**

**DOE** **RESPONDENT**

**JUDGMENT**

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 5th day of October, 2026.

Brian S. Miller
UNITED STATES DISTRICT JUDGE